In the Matter of the Application of CHARLES D. POMERANTZ for Admission to the Bar.— Motion for reconsideration of application for admission to the Bar and for leave to file a new application denied. Present — Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ.

LEW MORRIS et al., Respondents, v. JULIUS HOFFMAN et al., Appellants. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ. [See 269 App. Div. 1046.]

D. NELSON, INC., Respondent, v. NICOLA GALLO, ETC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ.

FRED WOLPERT, Respondent, v. BERNARD MAGARAM, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ. [See *post*, p. 766.]

IRVING FLAUMENHAFT, Appellant, v. MARTHA FLAUMENHAFT, Respondent. (Action No. 1.) MARTHA FLAUMENHAFT, Respondent, v. IRVING FLAUMENHAFT, Appellant. (Action No. 2.) MARTHA FLAUMENHAFT, Respondent, v. IRVING FLAUMENHAFT, Appellant. (Action No. 3.) — Order denying motion for removal of action from New York County to Kings County and for consolidation of actions for joint trial, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ., concur.

## (January 8, 1946.)

In the Matter of the Resignation of WILLIAM FINE, an Attorney.— William Fine, an attorney, having pleaded guilty in the United States District Court, Southern District of New York, on December 7, 1945, to an indictment charging him with the crime of violating sections 117 and 113 of the United States Criminal Code (U. S. Code, tit. 18, §§ 207, 203) (accepting and asking money to influence action while an officer of the United States and agreeing to accept compensation to influence actions while an officer of the United States), and having filed with this court on December 21, 1945, an instrument acknowledged December 14, 1945, consenting that his name be struck from the roll of attorneys and counselors at law of this court, such resignation is accepted and his name is ordered to be struck from the roll of attorneys and counselors at law. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ.

## (January 14, 1946.)

VICTOR GREGORY, Appellant, v. CARL DAHMEN et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ.

MAX BRICKNER, Respondent, v. YETTA WANG et al., Defendants, and HYMAN SACHS et al., Appellants.— Action to recover broker's commissions on the sale of real property. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.